No. 297, Misc. IRBY *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin* for the United States.

No. 312, Misc. JANOSKO *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 317, Misc. ANDREWS *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 226, Misc. HENDERSON *v.* BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *Ernest Goodman* for petitioner.

No. 247, Misc. BRINSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application. Petitioner *pro se.* *Solicitor General Rankin* for the United States.

No. 102. JEOFFROY MFG., INC., ET AL. *v.* GRAHAM ET AL., *ante,* p. 817;

No. 98, Misc. POWELL *v.* ALABAMA, *ante,* p. 850;

No. 141, Misc. IN RE SANGUIGNI, *ante,* p. 805; and

No. 208, Misc. WOOLSEY *v.* TEXAS, *ante,* p. 856. Petitions for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of these applications.